JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

DIANA POLO TORRES,

       Petitioner,

    v.

MARKWAYNE MULLIN, et al.,

       Respondents.

Case No. 5:26-cv-02584-ACCV

**ENTRY OF JUDGMENT UNDER 28 U.S.C. § 2241**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that pursuant to 28 U.S.C. § 2241, the Petition for Writ of Habeas Corpus (Dkt. 1) in this action is granted and judgment entered by the Court, without requiring any further proceedings and consistent with the reasons and findings set forth in Court's June 23, 2026 Order Granting Petition for Writ of Habeas Corpus. The Court retains jurisdiction to adjudicate any collateral enforcement issues.

DATED:  06/23/2026

_____

HON. ANGELA C. C. VIRAMONTES
United States Magistrate Judge